AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
SEP - 8 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

|  |  |
|---|---|
| WANDA WALDON <br> *Plaintiff* <br> v. <br> BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. SA-20-CV-268-XR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court accepts the Magistrate's Report & Recommendation, and DISMISSES this case WITHOUT PREJUDICE. The motion for Judgment on the pleadings (Docket no. 15) is DISMISSED as moot. The Clerk is directed to enter this final Judgment and to CLOSE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Xavier Rodriguez.

Date: 09/08/2020

CLERK OF COURT

*Wayne Garcia*
*Signature of Clerk or Deputy Clerk*